FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 1 1 2005

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00013-LTB-PAC

MARGRITTE C. LINDSEY,

    Plaintiff(s),

v.

AURORA PUBLIC SCHOOLS ADMINISTRATION,

    Defendant(s).

---

ORDER DIRECTING SERVICE OF SUMMONS AND COMPLAINT

---

This matter is before the court on plaintiff's *pro se* Title VII complaint, filed January 5, 2005. Plaintiff has been granted leave to proceed *in forma pauperis* under 28 U.S.C. §1915. The court, having reviewed the complaint,

**HEREBY ORDERS** that the United States Marshal shall serve a copy of the complaint, summons, and the order granting leave to proceed pursuant to 28 U.S.C. §1915 on the defendant. Where appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed.R.Civ.P. 4(d).

All costs of service shall be advanced by the United States.

Dated August 8, 2005.

                                        BY THE COURT:

                                        s/Patricia A. Coan
                                        PATRICIA A. COAN
                                        United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-00013-LTB-PAC

Margritte C. Lindsey
704 S. Chambers Rd., #206
Aurora, CO 80017

US Marshall Service
Service Clerk
Service forms for: Aurora Public Schools Administration

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to the U.S. Marshal for process of service on Aurora Public Schools Administration: SUMMONS, NOTICE OF WAIVER, AND CONSENT FORM on _8-11-05_.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Margritte C. Lindsey | 05-cv-00013-LTB-PAC |
| DEFENDANT | TYPE OF PROCESS |
| Aurora Public Schools Administration | s/c |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Aurora Public Schools Administration

ADDRESS *(Street or RFD, Apartment No., City State and Zip Code)*
1085 Peoria St., Aurora, CO 80011

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Margritte C. Lindsey
704 S. Chambers Rd., Apt 206
Aurora, CO 80017

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

## Personal Service

Signature of Attorney or other Originator requesting service on behalf of:
Deputy Clerk   [signature]

X  PLAINTIFF
___ DEFENDANT

TELEPHONE NUMBER: 303-844-3433
DATE: 08/11/05

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ___ have personally served, ___ have legal evidence of service, ___ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, etc., shown at the address indicated below.

___ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served *(if not shown above)*

___ A person of suitable age and discretion then residing in the defendant's usual place of adobe.

Address *(complete only if different than shown above)*

Date of Service | Time | am pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

PRIOR EDITIONS MAY BE USED          **1. CLERK OF THE COURT**          FORM USM-285 (Rev. 12/15/80)