IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   05-cv-00013-LTB-PAC

MARGRITTE C. LINDSEY,

     Plaintiff(s),

v.

AURORA PUBLIC SCHOOLS ADMINISTRATION,

     Defendant(s).

_____

## ORDER OF RECUSAL
_____

Because Karen Yablonski Toll is a personal friend of mine who is employed by defendant, Aurora Public Schools, and I have been advised will be involved with this case, I formally recuse myself and request that another United States Magistrate Judge be assigned.

IT IS **ORDERED** that the Scheduling Conference set for November 14, 2005 is *vacated.*

Dated October 21, 2005.

BY THE COURT:

s/Patricia A. Coan
PATRICIA A. COAN
United States Magistrate Judge