IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00013-LTB-BNB

MARGRITTE C. LINDSEY,

Plaintiff,

v.

AURORA PUBLIC SCHOOLS ADMINISTRATION,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Motion for Instructions** (the "Motion"), filed on October 28, 2005.

      IT IS ORDERED that the Motion is DENIED AS MOOT.

DATED:  November 7, 2005