IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00013-LTB-BNB

MARGRITTE C. LINDSEY,

Plaintiff,

v.

AURORA PUBLIC SCHOOLS ADMINISTRATION,

Defendant.
_____

**ORDER**
_____

This matter is before me on the following papers (the "Motions") filed by the plaintiff:

(1)  A letter requesting a court appointed attorney, filed July 25, 2005 (Doc. #8);

(2)  **Additional Request for Attorney**, filed October 11, 2005 (Doc. #16); and

(3)  **Plea for an Attorney to Assist**, filed October 21, 2005 (Doc. #17).

The plaintiff is proceeding *pro se*. She brings a claim against the defendant for employment discrimination. The plaintiff has been granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. She seeks appointment of counsel to represent her in this matter due to her indigence.

"A plaintiff asserting an employment discrimination claim has no constitutional or statutory right to appointed counsel." Castner v. Colorado Springs Cablevision, 979 F.2d 1417, 1420 (10th Cir. 1992). I do, however, have broad discretion to appoint counsel in these cases. Id. In making this decision, I consider the following factors: (1) the litigant's financial ability to pay for counsel; (2) the litigant's diligence in attempting to secure counsel; (3) the merits of the

litigant's claims; and (4) in close cases, the litigant's capacity to present the case without counsel. <u>Id.</u> at 1421.

I have considered these factors, and I conclude that counsel should be appointed in this case. Brian Hoffman of Morrison & Forrester LLP has volunteered to represent the plaintiff. Accordingly,

IT IS ORDERED that the Motions are GRANTED. The Clerk of the Court is directed to appoint Mr. Hoffman as counsel for the plaintiff.

Dated November 18, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge