IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00013-LTB-BNB

MARGRITTE C. LINDSEY,

Plaintiff,

v.

AURORA PUBLIC SCHOOLS ADMINISTRATION,

Defendant.
_____

## ORDER
_____

This matter is before me on the **Plaintiff Margritte Lindsey's Motion to Amend Her Complaint** [Doc. # 31, filed 12/20/05] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED. The Clerk of the Court is directed to mark as filed the Amended Complaint and Jury Demand submitted with the Motion. The plaintiff shall promptly serve the amended complaint.

IT IS FURTHER ORDERED that the plaintiff's late jury demand is GRANTED.

Dated January 27, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge