IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No. 05-cv-00013-LTB-PAC

MARGRITTE C. LINDSEY,

       Plaintiff,

v.

AURORA PUBLIC SCHOOLS, a Colorado school district and the Board of Education thereof,
DR. ROBERT ADAMS, individually and in his official capacity, and
DR. SUSAN MCALONAN, individually and in her official capacity,

       Defendants.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss With Prejudice (Doc 68 - filed May 30, 2006), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                          BY THE COURT:

                                          s/Lewis T. Babcock
                                          Lewis T. Babcock, Chief Judge

DATED: May 31, 2006